**RECEIVED**

JAN 2 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ANDRE NAQUIN, ET AL. | * | CIVIL ACTION NO. 06-2326 |
| VS. | * | JUDGE HAIK |
| NOKIA INC., ET AL. | * | MAGISTRATE JUDGE HILL |

## ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the jurisdictional amount in this case and concludes that it appears that jurisdictional amount exists. Plaintiff Andre Naquin alleges that as a result of the defendants' defective phone and cellular service he has been rendered totally deaf in his right ear.

Additionally, in accordance with the United States Supreme Court's decision in *Exxon Mobil Corp. v. Allapattah Services, Inc.*, -- U.S. --, 125 S.Ct. 2611 (2005) this court may exercise supplemental jurisdiction over the derivative and related claims of Mr. Naquin's wife, Peggy Cormier Naquin, under 28 U.S.C. §1367(a).

Signed this 19th day of January, 2007, at Lafayette, Louisiana.

C. MICHAEL HILL, MAGISTRATE JUDGE